■ THE PEOPLE OF THE STATE OF NEW YORK EX REL. ALVIN P. HILL, Petitioner, v EUGENE LE FEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied, without prejudice to an application pursuant to CPL 440.10. (See *People ex rel. Colon v Deegan,* 34 AD2d 799.) Kane, J. P., Mahoney, Main, Larkin and Mikoll, JJ., concur.

### (December 7, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK EX REL. RICHARD G. LOVELL, Appellant, v CARL F. DRAXLER, as Sheriff of Chemung County, Respondent. —Motion for permission to proceed as a poor person and for assignment of counsel denied and appeal dismissed upon the ground that relator having been released, his liberty is no longer restrained so as to entitle him to the extraordinary writ of habeas corpus (see *People ex rel. Wilder v Markley,* 26 NY2d 648). Koreman, P. J., Mahoney, Larkin, Mikoll and Herlihy, JJ., concur.